IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Columbia Energy, L.L.C., | NO. C 04-04436 JW |
| Plaintiff(s), | |
| v. | **ORDER CORRECTING SCHEDULING ORDER** |
| Sargent & Lundy, L.L.C., et al., | |
| Defendant(s). | |

Yesterday, this Court issued a Scheduling Order (Docket Item No. 44). In that Order, this Court scheduled a Preliminary Pretrial and Trial Setting Conference for October 9, 2006 at 11:00 a.m. (Scheduling Order ¶ 13.) It has come to this Court's attention that October 9, 2006 is a federal holiday. Accordingly, this Court schedules the Preliminary Pretrial and Trial Setting Conference in this matter for Monday, October 16, 2006 at 11:00 a.m. All other dates/deadlines set in the Scheduling Order shall remain the same.

Dated: June 10, 2005

04cv4436am-sch-ord

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David A. Ericksen dae@severson.com
Dylan B. Carp dcarp@klng.com
Jonathan M. Cohen jcohen@kl.com
Peter Charles Lyon pcl@severson.com
Peter Charles Lyon pcl@severson.com
Peter Charles Lyon pcl@severson.com

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

Eric D. Stubenvoll
Meckler, Bulger & Tilson
123 North Wacker Drive, Suite 1800
Chicago, IL 60606

Janet R. Davis
Meckler, Bulger & Tilson
123 N. Wacker Drive Ste. 1800
Chicago, IL 60606

Joseph L. Luciana
535 Smithfield Street
Pittsburgh, PA 15222-2312

Ronald J. Chleboski
535 Smithfield Street
Pittsburgh, PA 15222-2312

**Dated:  June 10, 2005**                                             **Richard W. Wieking, Clerk**

                                                                    **By:/s/JWchambers**
                                                                         **Ronald L. Davis**
                                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California