Jonathan M. Cohen (SBN 168207)
Dylan B. Carp (SBN 196846)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
4 Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 249-1000
Facsimile: (415) 249-1001

Joseph L. Luciana (Admitted *pro hac vice*)
Ronald J. Chleboski, Jr. (Admitted *pro hac vice*)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500

Attorneys for COLUMBIA ENERGY, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COLUMBIA ENERGY, L.L.C., | Case No. CV 04-04436 JW |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE** |
| vs. | [Civ. L.R. 7-7(a)] |
| SARGENT & LUNDY, L.L.C. and SECURITY INSURANCE COMPANY OF HARTFORD, | |
| Defendants. | |

APPROVED
*James Ware*
Judge James Ware

SF-103418 V1 0223225-0909

- 1 -

STIPULATION TO CONTINUE HEARING DATE

1     Defendant Security Insurance Company of Hartford ("Security") and Plaintiff Columbia Energy, L.L.C., stipulate that Security's motion for partial summary judgment, currently set for December 19, 2005, shall be continued to January 9, 2006, no opposition having been filed and the opposition not having come due. The deadline for Columbia to file and serve its opposition shall be December 12, 2005. The Reply Brief for Security shall be filed and served by December 23, 2005.

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

Dated: November 28, 2005     By: _____
Jonathan M. Cohen
Dylan B. Carp
Attorneys for Plaintiff
COLUMBIA ENERGY, L.L.C.

SEVERSON & WERSON

Dated: November 28, 2005     By: _____
David A. Ericksen
Peter C. Lyon
Attorneys for Defendant
SECURITY INSURANCE COMPANY OF HARTFORD

- 2 -
STIPULATION TO CONTINUE HEARING DATE

TOTAL P.02