IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Columbia Energy, L.L.C., | NO. C 04-04436 JW |
| Plaintiff, | |
| v. | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| Sargent & Lundy, L.L.C., et al., | |
| Defendants. | |

The parties are ordered to appear for a further case management conference on March 27, 2006. The parties shall meet and confer and file a joint case management statement on or before March 17, 2006, pursuant to the Local Rules.

Dated: January 19, 2006         /s/ James Ware
04eciv4436setcmc                  JAMES WARE
                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew M. Hutchison andy.hutchison@mbtlaw.com
David A. Ericksen dae@severson.com
Dylan B. Carp dcarp@klng.com
Jonathan M. Cohen jcohen@kl.com
Peter Charles Lyon pcl@severson.com


Joseph L. Luciana
535 Smithfield Street
Pittsburgh, PA 15222-2312

Ronald J. Chleboski
535 Smithfield Street
Pittsburgh, PA 15222-2312


**Dated: January 19, 2006**              **Richard W. Wieking, Clerk**

                                         **By:_/s/ JW Chambers_____**
                                            **Melissa Peralta**
                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California