United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Columbia Energy L.L.C., | NO. C 04-04436 JW |
| Plaintiff, | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE; SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Sargent & Lundy L.L.C., et al., | |
| Defendants. | |

On August 22, 2006, the parties filed a Status Report Regarding Columbia's Bankruptcy Proceeding. (See Docket Item No. 75.) The parties request that the Court vacate any and all scheduled dates for this action, including the Preliminary Pretrial Conference currently scheduled for October 16, 2006 at 11 a.m.

In light of the status report, the Court vacates the Preliminary Pretrial Conference. However, the Court sets a **Case Management Conference on October 16, 2006 at 10 a.m.** to discuss the consequences of the bankruptcy proceeding. The parties need not file an updated status statement.

Dated: October 3, 2006

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew M. Hutchison andy.hutchison@mbtlaw.com
David A. Ericksen dae@severson.com
Dylan B. Carp dcarp@klng.com
Linda Larson Usoz lusoz@klng.com
Peter Charles Lyon pcl@severson.com

**Dated:  October 3, 2006**                                    **Richard W. Wieking, Clerk**

                                                              **By:     /s/ JW Chambers**
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California