

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA ENERGY, L.L.C.,<br><br>    *Plaintiff,*<br><br>    vs.<br><br>SARGENT & LUNDY, L.L.C. and SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>    *Defendants.* | Case No. CV 04-04436 JW<br><br>**ORDER APPROVING CONTINUANCE OF CASE MANAGEMENT CONFERENCE PURSUANT TO JOINT STIPULATION** |

The Court, having considered the JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE filed by the parties in this action, the Court hereby vacates the Case Management Conference currently scheduled for February 5, 2007 at 10:00 a.m. and orders a Further Case Management Conference for ___May 14___, 2007 at _10_ _a_.m.

Dated: January _31_, 2007      By: _____
                                              Judge James Ware

PL-10832 V1