**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Columbia Energy L.L.C., | NO. C 04-04436 JW |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| Sargent & Lundy L.L.C., et al., | |
| Defendants. | |

    This case was scheduled for a status conference on June 25, 2007. The parties have represented to the Court in their Status Report that they have scheduled mediation for October 25-26, 2007. Accordingly, the Court continues the status conference to **Monday, November 5, 2007 at 10 AM**. The parties shall submit a joint status report after the completion of the mediation, but no later than **Wednesday, October 31, 2007**. This is the final continuance of this status conference.

Dated: June 20, 2007

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew M. Hutchison andy.hutchison@mbtlaw.com
Anne Lori Blume anne.blume@mbtlaw.com
David A. Ericksen dae@severson.com
Dylan B. Carp dcarp@klng.com
Janet Ruth Davis janet.davis@mbtlaw.com
Linda Larson Usoz linda.usoz@klgates.com
Peter Charles Lyon pcl@severson.com
Peter Charles Lyon pcl@severson.com
Peter Charles Lyon pcl@severson.com

**Dated:  June 20, 2007**                                         **Richard W. Wieking, Clerk**

                                                                  **By:  /s/ JW Chambers**
                                                                           **Elizabeth Garcia**
                                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California