Linda L. Usoz (SBN 133749)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
630 Hansen Way
Palo Alto, CA 94111
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

Joseph L. Luciana (*Pro hac vice*)
Ronald J. Chleboski, Jr. (*Pro hac vice*)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501

Attorneys for COLUMBIA ENERGY, L.L.C.

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA ENERGY, L.L.C.,<br><br>*Plaintiff,*<br><br>vs.<br><br>SARGENT & LUNDY, L.L.C. and SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>*Defendants.* | Case No. CV 04-04436 JW<br><br>**POST-MEDIATION JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE, SETTING STATUS CONFERENCE RE: SETTLEMENT |

Plaintiff Columbia Energy, L.L.C. ("Columbia") and Defendant Sargent & Lundy, L.L.C. ("S&L") submit this Post-Mediation Joint Status Report and Request for Continuance of Case Management Conference:

1. As previously reported to the Court, on December 20, 2005, Calpine Corporation and numerous affiliated companies, including Columbia, filed a Voluntary Petition for protection under the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.

The Calpine Corporation bankruptcy proceeding is still pending in that court at Chapter 11 Case No. 05-60200 (BRL) (the "Bankruptcy Proceeding").

2. As a result of the Bankruptcy Proceeding and the automatic stay of S&L's claims in this lawsuit, Columbia and S&L were unable to prosecute the claims in this lawsuit since December 2005 when the Bankruptcy Proceeding was commenced.

3. On April 30, 2007, a Stipulation and Agreed Order between Columbia and S&L was presented to the court in the Bankruptcy Proceeding through which the parties sought to lift the automatic stay so they could undertake mediation and otherwise proceed in this case if the disputes were not resolved through mediation. The Bankruptcy Court lifted the stay of S&L's counterclaim consistent with the parties' request.

4. The parties, through a Joint Status Report filed June 14, 2007, advised the Court that they had scheduled a mediation for October 25-26, 2007. By Order dated June 20, 2007, the Court continued the Case Management Conference to November 5, 2007 and ordered the parties to submit a post-mediation joint status report prior to the conference.

5. Columbia and S&L mediated their disputes on October 25 and 26, 2007. Through mediation, the parties reached an agreement, in principle, to settle all disputes in this action, conditioned upon (1) approval of the settlement by senior management of Calpine Corporation, the parent company of Columbia, (2) resolution of certain issues concerning S&L's claim for unpaid professional fees, and (3) approval of the settlement by the Bankruptcy Court.

6.    In light of the foregoing, the parties jointly move for an Order continuing the Case Management Conference, now scheduled for November 5, 2007, for 60 days, during which time the parties will undertake to finalize a settlement agreement, seek the necessary approvals, and effectuate the settlement.

| | |
|---|---|
| KIRKPATRICK & LOCKHART<br>PRESTON GATES ELLIS LLP<br><br>_/s/ Linda L. Usoz_<br>Linda L. Usoz, Esquire<br><br>and<br><br>KIRKPATRICK & LOCKHART<br>PRESTON GATES ELLIS LLP<br>Joseph L. Luciana, III, Esq. (*Pro hac vice*)<br>Ronald J. Chleboski, Jr., Esq. (*Pro hac vice*)<br><br>Attorneys for Columbia Energy, L.L.C. | MECKLER, BULGER & TILSON LLP<br><br><br>Janet R. Davis, Esquire (*Pro hac vice*)<br>Anne Blume (*Pro hac vice*)<br><br>and<br><br>SEVERSON & WERSON, PC<br><br><br>Peter C. Lyon, Esquire<br>David A. Ericksen, Esquire<br>Attorneys for Sargent & Lundy |

6. In light of the foregoing, the parties jointly move for an Order continuing the Case Management Conference, now scheduled for November 5, 2007, for 60 days, during which time the parties will undertake to finalize a settlement agreement, seek the necessary approvals, and effectuate the settlement.

| | |
|---|---|
| KIRKPATRICK & LOCKHART<br>PRESTON GATES ELLIS LLP | MECKLER, BULGER & TILSON LLP |
| Linda L. Usoz, Esquire | Janet R. Davis, Esquire (*Pro hac vice*)<br>Anne Blume (*Pro hac vice*) |
| and | and |
| KIRKPATRICK & LOCKHART<br>PRESTON GATES ELLIS  LLP<br>Joseph L. Luciana, III, Esq. (*Pro hac vice*)<br>Ronald J. Chleboski, Jr. , Esq. (*Pro hac vice*) | SEVERSON & WERSON, PC<br>Peter C. Lyon, Esquire<br>David A. Ericksen, Esquire |
| Attorneys for Columbia Energy, L.L.C. | Attorneys for Sargent & Lundy |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

In light of the parties' Joint Status Report, the Court VACATES the case management conference currently set for November 5, 2007.  The Court sets a Status Conference Re: Settlement on **January 14, 2008 at 10 AM.**  The parties shall file joint Status Report on **January 4, 2008**.  This conference will be vacated if a Stipulated Dismissal is filed on or before January 4, 2008.

Dated:  November 1, 2007

_____
JAMES WARE
United States District Judge