Linda L. Usoz (SBN 133749)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
630 Hansen Way
Palo Alto, CA 94111
Telephone: (650) 798-6700
Facsimile: (650) 798-6701

Joseph L. Luciana (*Pro hac vice*)
Ronald J. Chleboski, Jr. (*Pro hac vice*)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501

Attorneys for COLUMBIA ENERGY, L.L.C.

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA ENERGY, L.L.C., <br><br> *Plaintiff,* <br><br> vs. <br><br> SARGENT & LUNDY, L.L.C. and SECURITY INSURANCE COMPANY OF HARTFORD, <br><br> *Defendants.* | Case No. CV 04-04436 JW <br><br> **JOINT STATUS REPORT AND REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** <br><br> **ORDER CONTINUING STATUS CONFERENCE** |

Plaintiff Columbia Energy, L.L.C. ("Columbia") and Defendant Sargent & Lundy, L.L.C. ("S&L") submit this Post-Mediation Joint Status Report and Request for Continuance of Case Management Conference:

1. As previously reported to the Court, on or about December 20, 2005, each of Calpine Corporation and numerous affiliated companies, including Columbia, filed a voluntary petition for protection (the "Chapter 11 Cases") under the United States Bankruptcy Code in the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The jointly administered Chapter 11 Cases are still pending before the Bankruptcy Court as Chapter 11 Case No. 05-60200 (BRL).[1]

2. As reported to the Court in a Post-Mediation Joint Status Report dated November 1, 2007, through mediation, the parties reached an agreement in principle to settle all disputes in this lawsuit, conditioned upon (1) finalizing a definitive settlement agreement; (2) obtaining approval of the settlement from senior management of Calpine Corporation, the parent company of Columbia; and (3) obtaining approval of the settlement from the Bankruptcy Court.

3. On December 6, 2007, Columbia, S&L and Security Insurance Company of Hartford ("Security") executed a Settlement Agreement and Mutual Releases ("Settlement Agreement") that will fully resolve all disputes in this matter if it becomes final and effective. The Settlement Agreement is conditioned upon obtaining a final, non-appealable order by the Bankruptcy Court approving the Settlement Agreement.

4. On December 14, 2007, the Debtors (including Columbia) in the Chapter 11 Cases filed a motion with the Bankruptcy Court seeking an order approving the Settlement Agreement (the "Motion"). A hearing before the Bankruptcy Court on the Motion is now scheduled for January 15, 2008.

5. In light of the timing for the hearing on the Motion and the 10-day appeal period that governs orders entered in the Bankruptcy Court, there will not be a final, non-appealable order approving the Settlement Agreement any time prior to January 26, 2008. Hence, the Settlement Agreement will not become final and effective prior to that date.

---

[1] On December 19, 2007, the Bankruptcy Court issued an order approving Calpine Corporation's Sixth Amended Joint Plan of Reorganization (the "Plan"), which, subject to the satisfaction of certain conditions, is now expected to become effective prior to February 7, 2008.

6. In light of the foregoing, the parties jointly move for an Order continuing the Settlement Status Conference, now scheduled for January 14, 2008, for 45 days, during which time, Debtors will seek approval of the Settlement Agreement from the Bankruptcy Court.

Dated: January 4, 2008

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

_____
Linda L. Usoz, Esquire

and

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Joseph L. Luciana, III, Esq. (*Pro hac vice*)
Ronald J. Chleboski, Jr., Esq. (*Pro hac vice*)

Attorneys for Columbia Energy, L.L.C.

MECKLER, BULGER & TILSON LLP

_____
Janet R. Davis, Esquire (*Pro hac vice*)
Anne Blume (*Pro hac vice*)

and

SEVERSON & WERSON, PC

_____
Peter C. Lyon, Esquire
David A. Ericksen, Esquire
Attorneys for Sargent & Lundy

6. In light of the foregoing, the parties jointly move for an Order continuing the Settlement Status Conference, now scheduled for January 14, 2008, for 45 days, during which time, Debtors will seek approval of the Settlement Agreement from the Bankruptcy Court.

Dated: January 4, 2008

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

_____
Linda L. Usoz, Esquire

and

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Joseph L. Luciana, III, Esq. (*Pro hac vice*)
Ronald J. Chleboski, Jr., Esq. (*Pro hac vice*)

Attorneys for Columbia Energy, L.L.C.

MECKLER, BULGER & TILSON LLP

*/s/*_____
Janet R. Davis, Esquire (*Pro hac vice*)
Anne Blume (*Pro hac vice*)

and

SEVERSON & WERSON, PC

Peter Lyon /RS_____
Peter C. Lyon, Esquire
David A. Ericksen, Esquire
Attorneys for Sargent & Lundy

*** ORDER ***

Based on the representations above, the Court continues the Status Conference Re: Settlement from January 14, 2008 to **March 10, 2008 at 10 A.M.** to give the parties sufficient time to finalize and seek approval of the Settlement Agreement. On or before **February 29, 2008**, the parties shall file a Joint Status Report to update the Court on the settlement efforts.

Dated: January 10, 2008

/s/ James Ware
_____
JAMES WARE
United States District Judge