```
1   Linda L. Usoz (SBN 133749)
    KIRKPATRICK & LOCKHART
2   PRESTON GATES ELLIS LLP
    630 Hansen Way
3   Palo Alto, CA  94111
    Telephone:  (650) 798-6700
4   Facsimile:  (650) 798-6701

5   Joseph L. Luciana (Pro hac vice)
    Ronald J. Chleboski, Jr. (Pro hac vice)
6   KIRKPATRICK & LOCKHART
    PRESTON GATES ELLIS LLP
7   Henry W. Oliver Building
    535 Smithfield Street
8   Pittsburgh, PA  15222
    Telephone:  (412) 355-6500
9   Facsimile:  (412) 355-6501

10  Attorneys for COLUMBIA ENERGY, L.L.C.
```

**IT IS SO ORDERED**
*Judge James Ware*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA ENERGY, L.L.C.,<br><br>*Plaintiff,*<br><br>vs.<br><br>SARGENT & LUNDY, L.L.C. and SECURITY INSURANCE COMPANY OF HARTFORD,<br><br>*Defendants.* | Case No. CV 04-04436 JW<br><br>**STIPULATION OF DISMISSAL** |

Columbia Energy, LLC ("Columbia") and Sargent & Lundy LLC ("S&L"), by and through their undersigned counsel, hereby jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) to (1) dismissal with prejudice of the Complaint filed by Columbia and (2) dismissal without prejudice of the Counterclaim filed by S&L.

Dated: February 19, 2008

| | | |
|---|---|---|
| 1 | | |
| 2 | KIRKPATRICK & LOCKHART<br>PRESTON GATES ELLIS LLP | MECKLER, BULGER & TILSON LLP |
| 3 | | |
| 4 | _____<br>Linda L. Usoz, Esquire | _____<br>Janet R. Davis, Esquire (*Pro hac vice*)<br>Anne Blume (*Pro hac vice*) |
| 5 | and | |
| 6 | | and |
| 7 | KIRKPATRICK & LOCKHART<br>PRESTON GATES ELLIS LLP<br>Joseph L. Luciana, III, Esq. (*Pro hac vice*) | SEXERSON & WERSON, PC<br>_____ |
| 8 | Ronald J. Chleboski, Jr., Esq. (*Pro hac vice*) | Peter C. Lyon, Esquire<br>David A. Ericksen, Esquire |
| 9 | Attorneys for Columbia Energy, L.L.C. | Attorneys for Sargent & Lundy |

IT IS SO ORDERED    The Clerk shall close this file.

Dated: __February 29, 2008__      _____
                                  Hon. Judge James Ware
                                  U.S. District Judge